IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br>　　　　　Defendants. | ) ) ) ) ) ) Civil Action No. 05-451-KAJ ) ) ) ) ) ) ) ) |

**DEFENDANT PAR PHARMACEUTICAL, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Par Pharmaceutical, Inc. states that its parent corporation is Par Pharmaceutical Companies, Inc., a publicly held corporation that owns 10% or more of Par Pharmaceutical, Inc.'s stock.

　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Barbara S. Wahl　　　　　　　　　　　By: _____
Richard J. Berman　　　　　　　　　　　　　Philip A. Rovner (#3215)
D. Jacques Smith　　　　　　　　　　　　　Hercules Plaza
Janine A. Carlan　　　　　　　　　　　　　P.O. Box 951
John K. Hsu　　　　　　　　　　　　　　　Wilmington, DE  19899-0951
ARENT FOX PLLC　　　　　　　　　　　　(302) 984-6000
1050 Connecticut Ave., N.W.　　　　　　　E-mail: provner@potteranderson.com
Washington D.C.  20036-5339
(202) 857-6000　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Par Pharmaceutical, Inc.*

Dated: July 19, 2005
691132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 19, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

> Steven J. Balick, Esq.
> John G. Day, Esq.
> Ashby & Geddes
> 222 Delaware Avenue
> 17th Floor
> Wilmington, DE  19899

I hereby certify that on July 19, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

> George F. Pappas, Esq.
> Roderick R. McKelvie, Esq.
> Covington & Burling
> 1201 Pensylvania Avenue, NW
> Washington, DC  20004

> Philip A. Rovner  (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P. O. Box 951
> Wilmington, DE 19899
> (302) 984-6000
> provner@potteranderson.com