IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-451-KAJ ) |
| v. | ) ) |
| PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT PAR PHARMACEUTICAL COMPANIES, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Par Pharmaceutical Companies, Inc. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Barbara S. Wahl
Richard J. Berman
D. Jacques Smith
Janine A. Carlan
John K. Hsu
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington D.C. 20036-5339
(202) 857-6000

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

*Attorneys for Defendant
Par Pharmaceutical Companies, Inc.*

Dated: July 19, 2005
691150

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 19, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

> Steven J. Balick, Esq.
> John G. Day, Esq.
> Ashby & Geddes
> 222 Delaware Avenue
> 17th Floor
> Wilmington, DE  19899

I hereby certify that on July 19, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

> George F. Pappas, Esq.
> Roderick R. McKelvie, Esq.
> Covington & Burling
> 1201 Pensylvania Avenue, NW
> Washington, DC  20004

> Philip A. Rovner  (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P. O. Box 951
> Wilmington, DE 19899
> (302) 984-6000
> provner@potteranderson.com