IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-451-KAJ |
| v. | ) ) ) | |
| PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. hereby demand a trial by jury on all issues so triable in this matter.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Barbara S. Wahl
Richard J. Berman
D. Jacques Smith
Janine A. Carlan
John K. Hsu
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington D.C. 20036-5339
(202) 857-6000

Dated: August 17, 2005
695126

By: /s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

*Attorneys for Defendants*
*Par Pharmaceutical, Inc. and*
*Par Pharmaceutical Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 17, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

I hereby certify that on August 17, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004


/s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com