IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V.,<br>JANSSEN, L.P., and SYNAPTECH,<br>INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-356-KAJ |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC.<br>and TEVA PHARMACEUTICAL<br>INDUSTRIES, LTD., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| JANSSEN PHARMACEUTICA N.V.,<br>JANSSEN, L.P., and SYNAPTECH,<br>INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-371-KAJ |
| | ) | |
| MYLAN PHARMACEUTICALS, INC. and<br>MYLAN LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| JANSSEN PHARMACEUTICA N.V.,<br>JANSSEN, L.P., and SYNAPTECH,<br>INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-380-KAJ |
| | ) | |
| DR. REDDY'S LABORATORIES, INC.,<br>and DR. REDDY'S LABORATORIES,<br>LTD., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

JANSSEN PHARMACEUTICA N.V.,    )
JANSSEN, L.P., and SYNAPTECH,    )
INC.,    )
                                  )
            Plaintiffs,    )
                                  )
             v.    )      Civil Action No. 05-381-KAJ
                                  )
BARR LABORATORIES, INC. and    )
BARR PHARMACEUTICALS INC.,    )
                                  )
            Defendants.    )
_____)

JANSSEN PHARMACEUTICA N.V.,    )
JANSSEN, L.P., and SYNAPTECH,    )
INC.,    )
                                  )
            Plaintiffs,    )
                                  )
             v.    )      Civil Action No. 05-382-KAJ
                                  )
PUREPAC PHARMACEUTICAL CO.    )
and ALPHARMA, INC.,    )
                                  )
            Defendants.    )
_____)

JANSSEN PHARMACEUTICA N.V.,    )
JANSSEN, L.P., and SYNAPTECH,    )
INC.,    )
                                  )
            Plaintiffs,    )
                                    )
             v.    )      Civil Action No. 05-420-KAJ
                                  )
ALPHAPHARM PTY., LTD.,    )
                                  )
            Defendant.    )

2

JANSSEN PHARMACEUTICA N.V., )
JANSSEN, L.P., and SYNAPTECH, )
INC., )
                     )
             Plaintiffs, )
                     )
       v. )           Civil Action No. 05-451-KAJ
                     )
PAR PHARMACEUTICAL, INC. and )
PAR PHARMACEUTICAL COMPANIES, )
INC., )
                     )
            Defendants. )

## ORDER FOR SCHEDULING CONFERENCE

At Wilmington, this 26th day of August, 2005

IT IS ORDERED that:

1.      A joint scheduling conference in all the captioned shall be held on

**October 5, 2005 at 3:00 p.m.**, courtroom 6A, 6th Floor, J. Caleb Boggs Federal

Building, Wilmington, Delaware. *See* D. Del. LR 16.2.

2.      Prior to the conference scheduled herein, counsel shall confer pursuant to

Fed.R.Civ.P. 26(f) and shall submit a joint discovery plan to the undersigned not later

than three (3) business days prior to the conference with the Court. The discovery plan

shall conform to the attached form of scheduling order. Initial disclosures pursuant to

Fed.R.Civ.P. 26(a)(1) need not be made prior to the conference with the Court.

3.      At the conference with the Court, all parties shall be represented by

counsel who shall have full authority to bind their clients in all pretrial matters.

4.    If any party enters an appearance after the date of this order and before the conference set by this order, counsel for plaintiff shall notify said party of the conference and forward to that party a copy of these materials.

5.    The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled conference may be canceled.

UNITED STATES DISTRICT JUDGE