IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICALS COMPANIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. 05-451-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 9th day of September, 2005, **PLAINTIFFS'**

**FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** was served upon the

following counsel of record at the address and in the manner indicated:


Philip A. Rovner, Esquire                                          HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899-0951

Barbara S. Wahl, Esquire                                           VIA FEDERAL EXPRESS
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339

ASHBY & GEDDES

*/s/ John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: September 12, 2005
161259.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Barbara S. Wahl, Esquire<br>Arent Fox PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5339 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day