IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-451-KAJ |
| v. | ) ) | |
| PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 4, 2005, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated below:

DEFENDANT PAR PHARMACEUTICAL INC.'S FIRST SET OF REQUESTS
FOR DOCUMENTS AND THINGS TO JANSSEN PHARMACEUTICA N.V.
(NOS. 1-27)

DEFENDANT PAR PHARMACEUTICAL INC.'S FIRST SET OF REQUESTS
FOR DOCUMENTS AND THINGS TO JANSSEN, L.P. (NOS. 1-27)

DEFENDANT PAR PHARMACEUTICAL INC.'S FIRST SET OF REQUESTS
FOR DOCUMENTS AND THINGS TO SYNAPTECH, INC. (NOS. 1-24)

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

|  | POTTER ANDERSON & CORROON LLP |
|---|---|

OF COUNSEL:

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

Barbara S. Wahl
Richard J. Berman
D. Jacques Smith
Janine A. Carlan
John K. Hsu
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington D.C. 20036-5339
(202) 857-6000

*Attorneys for Defendants
Par Pharmaceutical, Inc. and
Par Pharmaceutical Companies, Inc.*

Dated: October 4, 2005
702083

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 4, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

I hereby certify that on October 4, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com