IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>                    Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br>                    Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-451-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2005, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated below:

DEFENDANTS PAR PHARMACEUTICAL, INC.'S AND PAR PHARMACEUTICAL COMPANIES, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | /s/ Philip A. Rovner |
| Barbara S. Wahl | By: _____ |
| Richard J. Berman | Philip A. Rovner (#3215) |
| D. Jacques Smith | Hercules Plaza |
| Janine A. Carlan | P.O. Box 951 |
| John K. Hsu | Wilmington, DE  19899-0951 |
| ARENT FOX PLLC | (302) 984-6000 |
| 1050 Connecticut Ave., N.W. | E-mail: provner@potteranderson.com |
| Washington D.C.  20036-5339 | |
| (202) 857-6000 | *Attorneys for Defendants* |
| | *Par Pharmaceutical, Inc. and* |
| Dated:  October 11, 2005 | *Par Pharmaceutical Companies, Inc.* |
| 702882 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on October 11, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

I hereby certify that on October 11, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com