IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-451-KAJ ) |
| v. | ) ) |
| PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2005, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated below:

DEFENDANTS PAR PHARMACEUTICAL INC.'S AND PAR PHARMACEUTICAL COMPANIES, INC.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSION

DEFENDANTS PAR PHARMACEUTICAL INC.'S AND PAR PHARMACEUTICAL COMPANIES, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

DEFENDANTS PAR PHARMACEUTICAL INC.'S AND PAR PHARMACEUTICAL COMPANIES, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Barbara S. Wahl                               /s/ Philip A. Rovner
Richard J. Berman                       By: _____
D. Jacques Smith                              Philip A. Rovner (#3215)
Janine A. Carlan                                Hercules Plaza
John K. Hsu                                       P.O. Box 951
ARENT FOX PLLC                         Wilmington, DE  19899-0951
1050 Connecticut Ave., N.W.          (302) 984-6000
Washington D.C. 20036-5339        E-mail: provner@potteranderson.com
(202) 857-6000

                                        *Attorneys for Defendants*
Dated: October 11, 2005                      *Par Pharmaceutical, Inc. and*
702898                                             *Par Pharmaceutical Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 11, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

I hereby certify that on October 11, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ Philip A. Rovner

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com