# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Mary B. Matterer
(302) 888-6960
mmatterer@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 19, 2005

**VIA EFILING**
The Hon. Kent A. Jordan
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

    RE:    *Janssen Pharmaceutica N.V. et al. v. Teva Pharmaceuticals USA, Inc. et al.*
            D.Del., C.A. No. 05-356 KAJ

            *Janssen Pharmaceutica N.V. et al. v. Mylan Pharmaceuticals et al.*
            D. Del., C. A. No. 05-371 KAJ

            *Janssen Pharmaceutica N.V. et al. v. Dr. Reddy's Laboratories, Inc. et al*
            D. Del., C.A. No. 05-380 KAJ

            *Janssen Pharmaceutica N.V. et al. v. Barr Laboratories, Inc. et al.*
            D.Del., C.A. No. 05-381 KAJ

            *Janssen Pharmaceutica N.V. et al. v. Purepac Pharmaceutical Co. et al.*
            D. Del., C. A. No. 05-382 KAJ

            *Janssen Pharmaceutica N.V. et al. v. AlphaPharm Pty., Ltd.*
            D. Del., C.A. No. 05-420 KAJ

            *Janssen Pharmaceutica N.V. et al. v. Par Pharmaceutical, Inc. et al.*
            D.Del., C.A. No. 05-451 KAJ

Your Honor:

       Attached is the proposed Scheduling Order which has been revised to incorporate Your Honor's comments during the October 12 scheduling conference and which the parties jointly

October 19, 2005
Page 2

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

submit for Your Honor's consideration.

Respectfully,

Mary B. Matterer

Enclosure
cc:     Attached Service List (via email)

# SERVICE LIST

| |
|---|
| George F. Pappas *(gpappas@cov.com)*<br>Roderick R. McKelvie *(mckelvie@cov.com)*<br>Christopher N. Sipes *(csipes@cov.com)*<br>Jeffrey B. Elikan *(jelikan@cov.com)*<br>Laura H. McNeill *(lmcneill@cov.com)*<br>**COVINGTON & BURLING**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V.,*<br>*Janssen, L.P. and Synaptech, Inc.* |
| Alan Bernstein *(abernstein@crbcp.com)* (x124)<br>Mona Gupta *(mgupta@crbcp.com)* (x160)<br>**CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.**<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103-2212<br>Telephone: (215) 567-2010<br>Facsimile: (215) 751-1142 |
| *Counsel for Defendant Alphapharm Pty Ltd.* |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)*<br>Edward C. Donovan *(edonovan@kirkland.com)*<br>Karen M. Robinson *(krobinson@kirkland.com)*<br>Corey J. Manley *(cmanley@kirkland.com)*<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |
| *Counsel for Defendants Teva Pharmaceuticals USA*<br>*and Teva Pharmaceuticals Industries Ltd.* |
| George C. Lombardi *(glombardi@winston.com)*<br>Taras A. Gracey *(tgracey@winston.com)*<br>Lynn M. Ulrich *(lulrich@winston.com)*<br>Brian L. Franklin *(bfranklin@winston.com)*<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Telephone: (312) 558-5000<br>Facsimile: (312) 558-5700 |
| *Counsel for Defendants Barr Laboratories, Inc.*<br>*and Barr Pharmaceuticals, Inc.* |

| |
|---|
| Robert J. Gunther, Jr. *(robert.gunther@lw.com)*<br>James P. Barabas *(james.barabas@lw.com)*<br>**LATHAM & WATKINS LLP**<br>885 Third Ave., Suite 1000<br>New York, NY 10022-4802<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 |
| ***Counsel for Defendants Purepac Pharmaceutical Co.***<br>***and Alpharma Inc.*** |

| |
|---|
| Barbara S. Wahl *(wahl.barbara@arentfox.com)*<br>Richard J. Berman *(berman.richard@arentfox.com)*<br>D. Jacques Smith *(smith.jacques@arentfox.com)*<br>Janine A. Carlan *(carlanjanine@arentfox.com)*<br>John K. Hsu *(hsu.john@arentfox.com)*<br>**ARENT FOX PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395 |
| ***Counsel for Defendants Par Pharmaceutical, Inc.***<br>***and Par Pharmaceutical Companies, Inc.*** |

| |
|---|
| Stuart Sender *(ssender@budd-larner.com)*<br>**BUDD LARNER**<br>150 John F. Kennedy Parkway<br>Short Hills, NY 07078-0999<br>Telephone: (973) 315-4462<br>Facsimile: (973) 379-7734 |
| ***Counsel for Defendants Dr. Reddy's Laboratories, Inc.***<br>***and Dr. Reddy's Laboratories, Ltd.*** |

| |
|---|
| Steven J. Balick *(sbalick@ashby-geddes.com)*<br>John G. Day *(jday@ashby-geddes.com)*<br>**ASHBY & GEDDES**<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 |
| ***Counsel for Plaintiffs Janssen Pharmaceutica N.V.,***<br>***Janssen, L.P. and Synaptech, Inc.*** |

| |
|---|
| Anne Shea Gaza *(gaza@rlf.com)*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 784-7141 |
| *Counsel for Defendant Alphapharm Pty Ltd.* |

| |
|---|
| Josy W. Ingersoll *(jingersoll@ycst.com)*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6672<br>Facsimile: (302) 576-3301 |
| *Counsel for Defendants Teva Pharmaceuticals USA*<br>*and Teva Pharmaceuticals Industries Ltd.* |

| |
|---|
| John C. Phillips, Jr. *(jcp@pgslaw.com)*<br>**PHILLIPS GOLDMAN & SPENCE, P.A.**<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 |
| *Counsel for Defendants Barr Laboratories, Inc.*<br>*and Barr Pharmaceuticals, Inc.* |

| |
|---|
| Richard D. Kirk *(rkirk@bayardfirm.com)*<br>**THE BAYARD FIRM**<br>222 Delaware Avenue, 9th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |
| *Counsel for Defendants Purepac Pharmaceutical Co.*<br>*and Alpharma Inc.* |

| |
|---|
| Philip A. Rovner *(provner@potteranderson.com)*<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6140<br>Facsimile: (302) 658-1192 |
| *Counsel for Defendants Par Pharmaceutical, Inc.*<br>*and Par Pharmaceutical Companies, Inc.* |

| |
|---|
| Richard L. Horwitz *(rhorwitz@potteranderson.com)*<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6027<br>Facsimile: (302) 658-1192 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |