**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-356-KAJ |
| | : | |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-371-KAJ |
| | : | |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-380-KAJ |
| | : | |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

JANSSEN PHARMACEUTICA N.V.,                    :
JANSSEN, L.P., and SYNAPTECH, INC.,            :
                                               :
                        Plaintiff,             :
                                               :
          v.                                   :    Civil Action No. 05-381-KAJ
                                               :
BARR LABORATORIES, INC. and BARR               :
PHARMACEUTICALS, INC.,                         :
                                               :
                        Defendants.            :
_____       :
                                               :
JANSSEN PHARMACEUTICA N.V.,                    :
JANSSEN, L.P., and SYNAPTECH, INC.,            :
                                               :
                        Plaintiff,             :
                                               :
          v.                                   :    Civil Action No. 05-382-KAJ
                                               :
PUREPAC PHARMACEUTICAL CO. and                 :
ALPHARMA, INC.,                                :
                                               :
                        Defendants.            :
_____       :
                                               :
JANSSEN PHARMACEUTICA N.V.,                    :
JANSSEN, L.P., and SYNAPTECH, INC.,            :
                                               :
                        Plaintiff,             :
                                               :
          v.                                   :    Civil Action No. 05-420-KAJ
                                               :
ALPHAPHARM PTY., LTD.,                         :
                                               :
                        Defendant.             :
_____       :
                                               :

JANSSEN PHARMACEUTICA N.V.,   :
JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                              :
              Plaintiff,      :
                                              :
      v.                      :     Civil Action No. 05-451-KAJ
                                              :
PAR PHARMACEUTICAL, INC. and PAR  :
PHARMACEUTICAL COMPANIES, INC.,  :
                                            :
            Defendants.    :
_____  :

## ORDER

At Wilmington this **9ᵗʰ** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 6, 2006 at 9:00 a.m. EST** with Magistrate Judge Thynge to discuss the status of the case and the interest of the parties in ADR. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE